# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge John L. Kane

Civil Action No. **07-cv-1150-JLK-MEH**

**EXPRESS DIGITAL GRAPHICS, INC.**,

      Plaintiff,

v.

**FRANCISCO R. SEGURA and
JOHN DOES 1-5**,

      Defendants.

---

## ORDER

---

Kane, J.

    This matter is before the Court on the parties' Stipulation of Dismissal and Request for Leave to Amend (doc. #22), filed November 8, 2007. The Court, being fully advised in the premises,

    ORDERS that the claims by Express Digital against Francisco Segura are DISMISSED WITH PREJUDICE. The counterclaims by Francisco Segura against Express Digital and John Does 1-3 are DISMISSED WITH PREJUDICE. Each party is to bear its own costs and attorney fees.

    The Court will retain jurisdiction of Express Digital's claims against John Does 1-5 and allow it to file an Amended Complaint within 120 days from the date of this order, on or before March 31, 2008. At the expiration of the 120 days, plaintiff shall file its amended complaint, or move to dismiss the remainder of this case in its entirety.

    Dated this 30th day of November, 2007.

BY THE COURT:

***S/John L. Kane***
Senior Judge, United States District Court